UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>    v.<br><br>ENLIGHTENED, INC.,<br><br>        Respondent. | Case No. 1:24-mc-00120-RDM |

**PROVISIONAL ENTRY OF APPEARANCE AND STATUS REPORT**

Now comes the Respondent, Enlightened, Inc., ("Enlightened"), by and through undersigned counsel to update the Court on the status of production related the Civil Investigative Demand (CID) and to enter the appearance of counsel on behalf of Enlightened.

As was indicated during the last status hearing before the Court on June 26, 2025, Enlightened has been actively pursuing insurance coverage for the present litigation.[1] The carrier gave preliminary approval of policy coverage on June 26, 2025 but has yet to give final approval of any coverage. However, due to the Court's Order and the urgency of the production, on July 23, 2025, the carrier, provided "provisional consent" to retain Venable as defense counsel "subject to further review of coverage" but also noted that the appointment of counsel was being provided "solely on a provisional basis" and was subject to "being withdrawn" in the event the carrier made a final determination on coverage. .[2]

---

[1] As a direct result of the initial investigation, Enlightened has seen a significant loss of revenue and contracts.

[2] Counsel has informed the assigned Assistant United States Attorney that there is a possibility that the insurance carrier will not offer final approval of Venable as counsel for Enlightened. If that does occur, Enlightened will likely need to change counsel.

Counsel began work immediately upon receiving the "provisional approval." As of the filing of this appearance and status report, counsel has provided the first responses to interrogatories and begun collecting responsive documents. As the Court is aware, most of the responsive documents were returned to Enlightened by the Department of Justice (DOJ) in early July of this year.[3]

Enlightened remains fully committed to compliance with the CID requests. Enlightened offered to sign over all of its seized items the moment it received the CID, but DOJ has instead insisted that Enlightened undertake the laborious and expensive task of reviewing the documents for production, once they were returned. Now that Enlightened has the provisional approval, it is in a position to begin in earnest and has done so.

It is therefore respectfully requested that the Court permit Enlightened to update on the progress of its document collection and production in thirty (30) days. It is expected that it will take another thirty (30) days to collect and analyze the documents requested by the DOJ. Enlightened remains committed to compliance.

However, that being said, at this time, undersigned counsel enters his provisional appearance with the understanding that he will represent Enlightened during the course of the CID unless and until Enlightened receives information from the insurance carrier that it did not receive final approval.

---

[3] The DOJ/FBI served a search warrant on Enlightened's offices (two locations) in January 2020. From the search warrant until July 2025, the DOJ criminal division / FBI retained thousands of Enlightened documents and materials. The DOJ/FBI closed the criminal investigation in October 2023 and Enlightened was cleared. The DOJ civil division declined to take possession of the documents and has instead required Enlightened to accept return of their seized documents to then review them and produce them to the DOJ.

| | |
|---|---|
| DATED: July 29, 2025 | Respectfully submitted,<br><br>/s/ *Mark E. Schamel*<br>MARK E. SCHAMEL, D.C. Bar # 463965<br>Venable LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 344-4631<br>MESchamel@Venable.com<br><br>*Counsel for Respondent Enlightened, Inc.* |